# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

C.A.L. CARGO AIRLINES, LTD.,

    Plaintiff,

v.

AEROSPACE OVERHAUL, LLC,

    Defendant.

Case No. 2:11-CV-01193-KJD-VCF

**ORDER**

    Before the Court is the Motion for Default Judgment (#18) of Plaintiff C.A.L. Cargo Airlines, LTD.

    Upon consideration of Plaintiff's Motion for Default Judgment, with good cause being shown, **IT IS HEREBY ORDERED THAT** Plaintiff's Motion for Default Judgment (#18) is **GRANTED**.

    **IT IS FURTHER ORDERED THAT** default judgment be entered against Aerospace Overhaul, LLC in the amount of $571,541.

    DATED this 7th day of September 2012.

_____
Kent J. Dawson
United States District Judge