Lenard E. Schwartzer, Nevada Bar No. 0399
Schwartzer & McPherson Law Firm
2850 South Jones Boulevard, Suite 1
Las Vegas, Nevada 89146-5308
Telephone: (702) 228-7590
Facsimile: (702) 892-0122
E-Mail: bkfilings@s-mlaw.com

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| C.A.L. CARGO AIRLINES, LTD.<br><br>Plaintiff,<br><br>v.<br><br>AEROSPACE OVERHAUL, LLC,<br><br>Defendant. | Case No. 2:11-cv-01193-KJD-VCF<br><br>**SUBSTITUTION OF ATTORNEY** |

SCHWARTZER & MCPHERSON LAW FIRM does hereby agree to become counsel for C.A.L. CARGO AIRLINES, LTD. in place and stead of SMITH & GINAPP, LLC in the above captioned matter.

Dated this _____ day of November, 2012.

SCHWARTZER & MCPHERSON LAW FIRM

By: _/s/ Lenard E. Schwartzer_
Lenard E. Schwartzer, Esq.
2850 South Jones Blvd., Suite 1
Las Vegas, NV 89146

C.A.L. CARGO AIRLINES, LTD. hereby agrees that the SCHWARTZER & MCPHERSON LAW FIRM be substituted as counsel in the above-captioned matter, in place and stead of SMITH & GINAPP, LLC.

Dated this 29 day of November, 2012.

C.A.L. CARGO AIRLINES, LTD.

By: _____
Title: _____

P:\CAL Cargo\Substitution of Counsel.doc

- 1 -

1  SMITH & GINAPP, LLC hereby agrees to be replaced as counsel for the C.A.L. CARGO
2  AIRLINES, LTD., in the above-captioned matter.
3  Dated this 28th day of November, 2012.

SMITH & GINAPP, LLC

By: _____
Kristol Bradley Ginapp
5443 S. Durango Drive
Las Vegas, NV 89113

9  APPROVED.
10 Dated this 7th day of ~~November~~ December, 2012.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE