AO 450 (Rev. 11/11)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Nevada

| | |
|---|---|
| C.A.L. CARGO AIRLINES, LTD. <br> *Plaintiff* <br> v. <br> AEROSPACE OVERHAUL, LLC, <br> *Defendant* | ) <br> ) <br> ) Civil Action No. 2:11-CV-01193-KJD-VCF <br> ) <br> ) |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☑ the plaintiff *(name)* C.A.L. CARGO AIRLINES, LTD. recover from the defendant *(name)* AEROSPACE OVERHAUL, LLC the amount of Five Hundred Seventy One Thousand Five Hundred Forty One dollars ($ 571,541.00 ), which includes prejudgment interest at the rate of ____ %, plus post judgment interest at the rate of 0.18 % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☐ other: _____ .

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge Kent J. Dawson on a motion for default judgment (dkt entry #20).

LANCE S. WILSON
CLERK
*Lance S. Wilson*
(By) DEPUTY CLERK

December 7, 2012
DATE